### 2166.  McNINCH v. CITY OF ATLANTA.

RUSSELL, J.  ·The decision in this case is controlled by the rulings of this court in *Campbell* v. *Thomasville,* and *Jones* v. *Waycross,* 6 *Ga. App.* 212 (64 S. E. 815) ; and inasmuch as plaintiff in error did not apply for a permit, there was no error in overruling the certiorari.

*Judgment affirmed.*

Certiorari; from Fulton superior court—Judge Ellis.  September 16, 1909.

Submitted October 25,—Decided November 9, 1909.

*Hill & Wright, T. B. Felder,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.